IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Murray Crosby,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV 05-03234 PCT NVW (LOA)<br><br>**ORDER** |

Before the court is Plaintiff's *pro se* First Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 21). On November 2, 2006, United States Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R & R") (doc. # 35) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that this matter be dismissed without prejudice for failure to comply with court orders and for failure to prosecute. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition and this action. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge (doc. # 35).

IT IS FURTHER ORDERED that Plaintiff's *pro se* First Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (doc. # 35) and this action are dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with court orders.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and terminate this action.

DATED this 4th day of December 2006.

_____
Neil V. Wake
United States District Judge